

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KOCHE ANDERSON                                                                                       PLAINTIFF

VS.                                                                     CIVIL ACTION NO. 3:23-cv-239-HTW-LGI

CFMOTO POWERSPORTS, INC,
AND FICTITIOUS DEFENANTS A-CC                                                        DEFENDANTS

### NOTICE OF REMOVAL

TO:   Edward Blackmon, Jr.
      BLACKMON & BLACKMON
      907 West Peace Street
      Post Office Drawer 105
      Canton, MS 39046

      Anita E. Wray, Circuit Clerk
      Madison County Circuit Court
      Post Office Box 1626
      Canton, MS 39046

In accordance with 28 U.S.C. §§ 1332, 1441 and 1446, you are hereby notified that Defendant CFMOTO Powersports, Inc. has removed this civil action from the Circuit Court of Madison County, Mississippi to the United States District Court for the Southern District of Mississippi, Northern Division, and in support thereof would show unto the Court the following:

1.   This is a product liability action. Plaintiff alleges the subject 2020 CFMOTO CF600, VIN LCELDUZA5L6003269, contained a defective axel which is alleged to have caused an accident on July 31, 2022 resulting in injuries to Plaintiff Koche Anderson.

2.   On February 14, 2023, Plaintiff filed an action in the Circuit Court of Madison County, Mississippi, entitled *Koche Anderson v. CFMOTO Powersports, Inc. and Fictitious Defendants A – CC*, Cause No. 23-CV-00044-JM. See Exhibit A, Complaint contained in all process, pleadings served upon Defendant.

1

3. CFMOTO Powersports, Inc. received a copy of the Summons and Complaint on March 8, 2023.

4. Pursuant to 28 U.S.C. section 1446 (b) this Notice of Removal is filed within thirty (30) days after the first receipt by any properly joined defendant of a copy of the initial pleading for the claim for relief upon which this action is based.

5. Pursuant to 28 U.S.C. section 1446 (c) a case may not be removed on the basis of diversity jurisdiction more than 1 year after commencement of the action. It has not been more than one year after commencement of the action since this action was initially filed on February 14, 2023.

## **GROUNDS FOR REMOVAL**

6. This Court has jurisdiction over the matter, and this matter is properly removed to this Court, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

7. The United States District Court for the Southern District of Mississippi, Northern Division, had, at the time the suit was filed, and now has, original subject matter jurisdiction of this civil action because there is complete diversity of citizenship among all properly joined parties, pursuant to 28 U.S.C § 1332, and because the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs and is between citizens of different states.

A. **The Matter in Controversy Exceeds Sum of $75,000**

8. It is undisputed that the amount in controversy in this action, exclusive of interest and costs, exceed the statutory minimum amount for diversity jurisdiction of $75,000. *See* 28 U.S.C. § 1332(a). The Complaint seeks $3,000,000 in compensatory damages and $12,000,000 in punitive damages. Defendant denies any wrongdoing.

9. Pursuant to 28 U.S.C. § 1446 (c)(2) the sum demanded in the initial pleading shall be deemed to be the actual amount in controversy. Accordingly, the amount in controversy exceeds the sum of $75,000.

**B.   The Matter is Between Citizens of Different States**

10. A case is removable on diversity grounds if diversity of citizenship can be ascertained from the face of a plaintiff's complaint or if facts are disclosed in pleadings, motions or papers "from which it may first be ascertained that the case is one which is or has become removable . . .." 28 U.S.C. § 1446(b)(3).

11. The named Plaintiff is domiciled in the State of Mississippi and is thus a citizen of Mississippi. The Complaint alleges that Plaintiff is a citizen of Madison County, Mississippi [Compl. ¶ 1]. Defendant CFMOTO Powersports, Inc. is a corporation and pursuant to 28 U.S.C. § 1332 it is thus deemed a citizen of every State and foreign state by which it has been incorporated and of the State where it has its principal place of business. Defendant CFMOTO Powersports, Inc. is a citizen of Minnesota. Defendant is incorporated in the State of Minnesota with its principal place of business in Minnesota, and thus is a citizen of Minnesota. [Compl. ¶ 2].

12. Accordingly, there is complete diversity between all named plaintiffs and all named defendants. Plaintiff is a citizen of Mississippi and Defendant is a citizen of Minnesota. Further, no party in interest and properly joined as a defendant is a citizen of the State in which this action is brought (Mississippi).

13. Plaintiff has also sued fictitious defendants A - CC. Pursuant to 28 U.S.C. 1441 (b), for the purpose of determining whether a civil action is removable on the basis of diversity of citizenship, the Court should ignore the presence of the citizenship of the fictitious defendants as the citizenship of defendants sued under fictitious names shall be disregarded.

## C. This Action May be Removed to the Northern Division of this Court

14. Pursuant to 28 U.S.C. section 1441 (a) a State court action in which a district court of the United States has original jurisdiction may be removed by the defendant to the district of the United States for the district and division embracing the place where such action is pending.

15. This civil action was initially brought in State court in the Circuit Court of Madison County, Mississippi. This action may be removed to this district court because it has original jurisdiction under 28 U.S.C. 1332 as established above. Madison County is in the United States District Court for the Southern District of Mississippi and the Northern Division embraces the place where this action was initially filed. Therefore, venue for removal is proper under 28 U.S.C. § 1446(a) because this is the "district and division within which such action is pending . . .." *See* 28 U.S.C. § 1446(a). Accordingly, this action may be removed to this Court, Northern Division.

16. No previous application has been made for the relief requested herein.

17. Pursuant to 28 U.S.C. §1446(a), a copy of all process, pleadings, and orders received by this removing Defendant is attached hereto as Exhibit "A". A copy of the of the entire state court record will be filed within 14 days of filing of this Notice of Removal pursuant to Local Rule 5(b)(1).

18. A copy of this Notice of Removal is being served on Plaintiff, by and through his counsel of record and the Circuit Clerk of Madison County, Mississippi.

19. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendant's right to assert defenses including, without limitation, the defenses of (i) lack of personal jurisdiction, (ii) improper venue and/or *forum non conveniens*, (iii) insufficiency of process, (iv) insufficiency of service of process, (v) improper joinder of claims

4

and/or parties, (vi) failure to state a claim, (vii) failure to join indispensable party(ies), or (viii) any other procedural or substantive defense available under state or federal law.

WHEREFORE, CFMOTO Powersports, Inc. serves this notice and hereby removes this action pursuant to 28 U.S.C §§ 1332, 1441 and 1446, and Plaintiff herein is notified to attempt to proceed no further in this action in the Madison County, Mississippi, unless by Order of the United States District Court for the Southern District of Mississippi, Northern Division. Defendant CFMOTO Powersports, Inc. requests this Court to properly assume full jurisdiction over this matter as provided by law.

RESPECTFULLY SUBMITTED this the 7th day of April, 2023.

**CFMOTO POWERSPORTS, INC.**

By Its Attorneys

WATKINS & EAGER PLLC

BY: *[signature]*
Jimmy B. Wilkins

OF COUNSEL:

Jimmy B. Wilkins (MSB No. 10773)
WATKINS & EAGER PLLC
400 East Capitol Street (39201)
P. O. Box 650
Jackson, MS 39205
Phone: 601-965-1900; Fax: 601-965-1901
Email: jwilkins@watkinseager.com

## CERTIFICATE OF SERVICE

I, Jimmy B. Wilkins, hereby certify that I have this date sent a true and correct copy of this document by electronic mail and hand delivery to the following:

Edward Blackmon, Jr.
BLACKMON & BLACKMON
907 West Peace Street
Post Office Drawer 105
Canton, MS 39046
edblackmon@blackmonlawfirm.com

Via MEC:

Anita E. Wray, Circuit Clerk
Madison County Circuit Court
Post Office Box 1626
Canton, MS 39046

This the 7th day of April 2023.

BY: _____
Jimmy B. Wilkins